MAURICE E. VIELE et al., Respondents, v. ALBERT H. GOSS, Appellant.

(Argued January 12, 1872; decided May term, 1872.)

DECIDED upon the facts in the case.

*H. V. Howland* for the appellant.

*Samuel Hand* for the respondents.

LOTT, Ch. C., reads for affirmance.   LEONARD and HUNT, CC., concur.

EARL, C., reads for reversal.   GRAY, C., concurs.

Judgment affirmed.